# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| URVANO RUIZ-SANCHEZ,<br><br>　　Petitioner-Plaintiff<br><br>v.<br><br>ROBERT CULLEY, et al.,<br><br>　　Respondents-Defendants | Case No.: 2:20-cv-00753-APG-NJK<br><br>**Order** |

Petitioner-plaintiff Urvano Ruiz-Sanchez has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. Ruiz-Sanchez states that he is in the custody of Immigration and Customs Enforcement (ICE) and is housed at the Nevada Southern Detention Center (NSDC). He alleges that as a 61-year-old who suffers from hypertension he is particularly vulnerable to severe illness or death if infected by the COVID-19 virus. He further alleges that the conditions of immigration detention facilities pose a heightened public health risk for the spread of COVID-19. Ruiz-Sanchez claims that ICE is violating his Fifth Amendment due process rights by continuing to detain him despite his specific vulnerabilities. I have conducted a preliminary review of the petition. I order the petition to be served on the defendants. In light of the emergent nature of the allegations, I direct the defendants to respond to the petition **by May 4, 2020**. *See* 28 U.S.C. § 2243.

I THEREFORE ORDER the Clerk to **ISSUE** the summonses (ECF No. 2) and **SERVE** copies of the petition (ECF No. 1), summonses (ECF No. 2), and this order upon the respondents-defendants as follows:

1. By having the United States Marshal, before the close of business on the date that this order is entered, serve a copy of the petition (ECF No. 1), summons (ECF NO. 2-3), and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney under Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

2. And, by sending a copy of the petition (ECF No. 1), summonses (ECF Nos. 2-1, 2-2, and 2-4), and this order by registered or certified mail to the following: (1) Robert Culley, Director of the Salt Lake City Field Office of U.S. Immigration and Customs Enforcement, 660 S. 200 E. #400, Salt Lake City, UT 84111; (2) Matthew T. Albence, Acting Director, U.S. Immigration and Customs Enforcement, 500 12th St. SW, Washington, DC, 20229-0009; (3) U.S. Immigrations and Customs Enforcement, 500 12th St. SW, Washington, DC 2029-0009; and (4) Brian Koehn, Warden, Nevada Southern Detention Center, 2190 Mesquite Ave., Pahrump, NV 89060.

I FURTHER ORDER that the respondents **SHALL FILE AND SERVE** an answer to the petition (ECF No. 1) **by May 4, 2020**, unless for good cause additional time is allowed.

I FURTHER ORDER that all exhibits filed by the respondents and the petitioner **SHALL BE FILED** with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. A hard copy (courtesy copy) of all pleadings and exhibit indices only SHALL BE FORWARDED on the date of filing to the staff attorneys, in

/ / / /

/ / / /

care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

Dated: April 28, 2020

_____
U.S. District Judge Andrew P. Gordon

3