# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| URVANO RUIZ-SANCHEZ, | Case No.: 2:20-cv-00753-APG-NJK |
| Petitioner-Plaintiff | **Order** |
| v. | |
| ROBERT CULLEY, et al., | |
| Respondents-Defendants | |

I previously directed that petitioner-plaintiff Urvano Ruiz-Sanchez's petition for writ of habeas corpus be served on the respondents-defendants. ECF No. 4.  Ruiz-Sanchez has now filed a motion for temporary restraining order. ECF No. 5.  I am modifying my prior order.

I ORDER the Clerk of Court to **SERVE** copies of the motion for temporary restraining order (ECF No. 5) and this order upon the respondents-defendants as follows:

1. By serving a copy of the motion for temporary restraining order (ECF No. 5), and this order on the United States Attorney for the District of Nevada pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

2. By sending a copy of the motion for temporary restraining order (ECF No. 5) and this order by mail to the following: (1) Robert Culley, Director of the Salt Lake City Field Office of U.S. Immigration and Customs Enforcement, 660 S. 200 E. #400, Salt Lake City, UT 84111; (2) Matthew T. Albence, Acting Director, U.S. Immigration and Customs Enforcement, 500 12th St. SW, Washington, DC, 20229-0009; (3) U.S. Immigrations and Customs Enforcement, 500 12th St. SW, Washington, DC 2029-0009; and (4) Brian Koehn, Warden, Nevada Southern Detention

Center, 2190 Mesquite Ave., Pahrump, NV 89060 pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure.

    I FURTHER ORDER the respondents to file a response to the motion for temporary restraining order (ECF No. 5) **by May 7, 2020**.

    I FURTHER ORDER the respondents to also file their response to the petition by **May 7, 2020**, unless they can demonstrate good cause for additional time. This supersedes my prior order at ECF No. 4.

    Dated: April 29, 2020

                                                                        U.S. District Judge Andrew P. Gordon